Cedar Park Cemetery Association, appellee, v. Village of Burr Oak, appellant. Gen. No. 29,210.

Bill to restrain interference with maintenance and establishment

of cemetery. Injunction granted. Motion to dissolve injunction denied. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed May 7, 1924.

George E. Brannan and W. Otto Wielgorecki, for appellant; Lee Walker, of counsel. Leonard L. Cowan, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.